**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Aland Tracy HALL, Defendant–Appellant.**

**No. 01–6308.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 7, 2001.

Aland Tracy Hall, pro se.

Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Aland Tracy Hall appeals the district court's orders: (1) dismissing without prejudice his 28 U.S.C.A. § 2255 (West Supp. 2000) motion for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp.2000); and (2) denying his motion for reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hall,* Nos. CR–94–92; CA–01–4–7 (W.D.Va. Jan. 5 and 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*